Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  18–30752–JNP
                          Chapter:  7
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gordon N Van Gilder
   95 Port Elizabeth–Cumberland Road
   Millville, NJ 08332

Social Security No.:
   xxx–xx–9395

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 1, 2019</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court